1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   STEPHEN GRAEFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    ) NO. CR. S-11-361-KJM
                             )
            Plaintiff,       )
                             )    **STIPULATION AND ORDER**
     v.                      )    **REGARDING STATUS CONFERENCE**
                             )
STEPHEN GRAEFF,              )
                             ) Date: February 6, 2012
            Defendant.       ) Time: 10:00 a.m.
_____) Judge: Hon. Kimberly J. Mueller

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE PRINCE, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for STEPHEN GRAEFF, that the status conference hearing date of December 15, 2011 be vacated, and the matter be set for status conference on February 6, 2012 at 10:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 6, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   December 12, 2011.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender


                                               /s/ Matthew Scoble
                                               MATTHEW SCOBLE
                                               Designated Counsel for Service
                                               Attorney for STEPHEN GRAEFF


DATED:   December 12, 2011.                    BENJAMIN WAGNER
                                               United States Attorney


                                               /s/ Matthew Scoble for
                                               MICHELLE PRINCE
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff


ORDER

The court has considered the stipulation of all parties, requesting that the December 15, 2011 status conference hearing be continued to February 6, 2012, at 10:00 a.m. The court notes that defendant has not yet appeared before the district judge, after being detained on August 31, 2011.  If the defendant himself confirms in writing that he is requesting that the December 15 status be continued, and that time be excluded until February 6, 2012, the court will allow the parties to resubmit their request accompanied by such confirmation. In the meantime, the request is denied without prejudice.

DATED:  December 12, 2011.

_____
UNITED STATES DISTRICT JUDGE

2