1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE PRINCE
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:11-CR-00361-KJM

12          Plaintiff,                 PRELIMINARY ORDER OF
                                       FORFEITURE
13      v.

14  STEPHEN GRAEFF,

15          Defendant.

16

17      Based upon the guilty plea entered by defendant Stephen Graeff and the Factual Basis filed

18  August 22, 2012, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19      1.      Pursuant to 18 U.S.C. § 2253, defendant Stephen Graeff's interest in the following

20  property shall be condemned and forfeited to the United States of America, to be disposed of

21  according to law:

22          a.      HP Pavilion A1017C, Serial # MXR5309479;
            b.      Portable hard drive Iomega, black color;
23          c.      "Tara" compact disc; and
            d.      "Vicky" compact disc.
24

25      2.      The above-listed property was used or intended to be used to commit or to promote

26  the commission of a violation of 18 U.S.C. § 2252(a)(2).

27  /////

28  /////

                                            1

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.      a.      Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

SO ORDERED this 28th day of  September, 2012.

_____
UNITED STATES DISTRICT JUDGE

2