BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
California Bar No. 239534

**FILED**

MAR 06 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:11-CR-00361 KJM |
| Plaintiff, | ) |
| v. | ) [Proposed] Order to File |
| | ) Government's Exhibit A Under |
| STEPHEN GRAEFF, | ) Seal |
| Defendant. | ) |

The United States requests to file the attached Exhibit A consisting of the Federal Bureau of Investigations 302's under seal in order to protect the privacy of the minors and the investigation discussed in the sentencing memorandum.

IT IS SO ORDERED.

Date: March 6, 2013

_____
Honorable Kimberly J. Mueller
U.S. District Court Judge