BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STEPHEN GRAEFF,<br><br>　　　　　Defendant. | 2:11-CR-00361-KJM<br><br>FINAL ORDER OF FORFEITURE |

　　　WHEREAS, on September 28, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the guilty plea entered by defendant Stephen Graeff and the Factual Basis filed on August 22, 2012, forfeiting to the United States the following property:

　　　　　a.　　HP Pavilion A1017C, Serial # MXR5309479;

　　　　　b.　　Portable hard drive, Iomega, black color;

　　　　　c.　　"Tara" compact disc; and

　　　　　d.　　"Vicky" compact disc.

　　　AND WHEREAS, beginning on October 2, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

1

Final Order of Forfeiture

Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253 to be disposed of according to law, including all right, title, and interest of Stephen Graeff.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 10th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE